IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL MOORE AND MICHAEL MOORE, w/h, | : |
| Plaintiffs, | : CIVIL ACTION |
| v. | : NO. 13-2384 |
| GRAND VIEW HOSPITAL, ET AL., | : |
| Defendants. | : |

## ORDER

AND NOW, this  24  day of November, 2014, upon consideration of Defendant Grand View Hospital's Motion for Partial Summary Judgment (Doc. 26), Plaintiffs' Response in Opposition (Doc. 27), and Defendant's Reply (Doc. 28), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED**. Plaintiffs' claims under EMTALA are dismissed with prejudice.

**IT IS FURTHER ORDERED** that the above-captioned matter is **REMANDED** to the appropriate state court. The Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker

**Hon. Petrese B. Tucker, C.J.**

15